<u>DATE</u>:

<u>DEFENDANT</u>:   CLARENCE GIANARELLI

<u>YOB</u>:   1941

<u>ADDRESS</u>:   Colorado Springs, CO

<u>COMPLAINT FILED</u>?   _____ YES   ___X___ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   ___ YES   _X_ NO
    IF NO, A NEW WARRANT IS REQUIRED

<u>OFFENSE</u>:   <u>Counts 1-20</u>:   18 U.S.C. § 664
    Theft from Employee Benefit Plans

    <u>Counts 21-35</u>:   18 U.S.C. § 669
    Theft in Connection with Health Care

    <u>Counts 36-37</u>:   29 U.S.C. §§ 1024(a)(1) and 1131
    Willful Violation of ERISA

    <u>Notice of Forfeiture</u>

<u>LOCATION OF OFFENSE</u>:

    <u>Counts 1-20:</u>   El Paso County, CO

    <u>Counts 21-35:</u>   El Paso County, CO

    <u>Counts 36-37:</u>   El Paso County, CO

<u>PENALTY</u>:   <u>Counts 1-20:</u>   NMT 5 years of imprisonment; a fine of NMT $250,000; NMT 3 years of supervised release; restitution; $100 special assessment fee.

    <u>Counts 21-35</u>:   NMT 10 years of imprisonment; a fine of NMT $250,000; NMT 3 years

                                          of supervised release; restitution; $100 special assessment fee.

        <u>Counts 36-37</u>:    NMT 10 years of imprisonment; a fine of NMT $100,000; NMT 3 years of supervised release; restitution; $100

                                        Forfeiture

<u>AGENT</u>:                              Lucas Elwood, Department of Labor

<u>AUTHORIZED BY</u>:    Martha A. Paluch
                            Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

   X   five days or less           over five days           other

<u>THE GOVERNMENT</u>

_____ will seek detention in this case     X   will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:  _____  Yes    X    No