# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:14-cr-00397-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLARENCE GIANARELLI,

    Defendant.

_____

### ORDER GRANTING DEFENDANT'S MOTION TO VACATE ALL DEADLINES AND TRIAL DATE, AND TO EXCLUDE 90 DAYS FROM SPEEDY TRIAL ACT'S CALCULATIONS
_____

    This matter came before the Court on Mr. Gianarelli's Motion to Vacate all Deadlines and Trial Date, and to Exclude 90 Days from Speedy Trial Act's Calculations.  The Defendant's Motion requests a 90-day ends of justice continuance of the deadlines as set forth in the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, and for a continuance of the trial date and deadline to file motions.  The Motion is hereby GRANTED.

    THEREFORE, IT IS HEREBY ORDERED that:

    (1)    Defendant's Unopposed Motion to Vacate all Deadlines and Trial Date, and To Exclude 90 days from the Speedy Trial Act's Calculations is GRANTED.

(2) The 5-day Jury Trial set to commence on January 5, 2015 and the Final Pretrial conference set for December 30, 2014 are hereby VACATED. The Court will enter a separate Order resetting the Trial date and related deadlines.

Dated this \_\_\_\_ day of November, 2014.

BY THE COURT:

_____
Marcia S. Krieger
United States District Judge