## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CHIEF JUDGE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy:   Patricia Glover | Date:   December 30, 2014 |
| Court Reporter:   Terri Lindblom | |

Criminal Action No. 14-cr-00397-MSK

*Parties*:                                                                                    *Counsel Appearing:*

UNITED STATES OF AMERICA,                                      Martha Paluch

        Plaintiff,

v.

CLARENCE GIANARELLI,                                                Richard Tegtmeier

        Defendant.

## COURTROOM MINUTES

HEARING:   Motions

**1:39 p.m.   Court in session.**

Defendant present on bond.

The Court addresses Motion to Vacate (**Doc. #12**).

Argument.

**ORDER:**   Defendant's Motion to Vacate (**Doc. #12**) is **DENIED**, but the trial is reset on the grounds specified in the record.   The jury trial currently scheduled to begin on **January 5, 2015 at 1:00 p.m. is VACATED** and reset to the week of **February 17, 2015 at 8:30 a.m.** and a Final Pretrial Conference is set on **January 26, 2015 at 4:00 p.m.**, all in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:**   Bond is continued.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**1:45 p.m.**      **Court in recess.**

**Total Time:   6 minutes.**
**Hearing concluded.**