# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:14-cr-00397-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLARENCE GIANARELLI,

    Defendant.
_____

## DEFENDANT'S NOTICE OF DISPOSITION
_____

COMES NOW Defendant Clarence Gianarelli by and through undersigned counsel, Richard Tegtmeier and Sherman & Howard L.L.C., and gives notice to the Court and counsel that a disposition has been reached in this matter and the parties request an opportunity to present the disposition for the Court's approval in a Change of Plea Hearing in not less than 30 days.

Respectfully submitted this 5th day of January, 2015.

                                  SHERMAN & HOWARD L.L.C.

                                  *s/ Richard Tegtmeier*
                                  _____
                                  Richard Tegtmeier, #2544
                                  90 S. Cascade Ave., Suite 1500

Colorado Springs, CO 80903
719-448-4084
719-635 4576 (Fax)
rtegtmeier@sah.com

## CERTIFICATE OF SERVICE

     I hereby certify that I served a true and complete copy of the above and foregoing upon the United States Attorney's office via CM/ECF e-filing, this 5th day of January, 2015.

                                          *s/ Devon O. Ryan*
                                          _____