IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:14-cr-00397-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLARENCE GIANARELLI,

    Defendant.
_____

**OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**
_____

On April 23, 2015, Gary R. Kruck, U.S. Probation Officer, filed a Presentence Investigation Report. The Defendant, through counsel, objects to the Presentence Investigation Report [Doc #23] as follows:

    1.    **Paragraph 33:** Mr. Gianarelli was unaware of the Special Permit Violation in El Paso County, Colorado in 2007.

    2.    **Paragraph 38:** Henry Gianarelli married Evelyn Jenkins.

    3.    **Paragraph 44:** Carolyn Gianarelli worked part time for Ideal Concrete, Inc. from 1980-1987 (7 years). Carolyn Gianarelli also worked as support staff at Colorado College for 12 years, which employment included moneys paid to an IRA account.

    4.    **Paragraph 57:** Mr. Gianarelli worked for Continental Oil, not Centennial Oil.

5.     **Paragraph 59:** Colorado Department of Revenue bases income off of Box 3 (Social security wages) of the Form W-2.

6.     **Paragraph 60:** Clarence and Carolyn Gianarelli filed bankruptcy in 2012 and were given special instructions regarding filing with the bankruptcy court.

7.     **Page 12, footnote 2:** The defendant's mother-in-law died on March 12, 2015.

8.     **Paragraph 66, Monthly Cash Flow:** Defendant's income is listed as $4,358.00 per month. However, Mr. Gianarelli has returned 5 payroll checks to Ideal Concrete to cover payroll for his employees and other expenses. The total amount of payroll checks returned to Ideal Concrete in 2015 is $5,448.00.

9.     **Paragraph 66, Necessary Living Expenses:** The insurance amount listed is only medical insurance. Mr. Gianarelli also must pay $171.00 per month for home and auto insurance. The total of auto, home, and medical insurance is $623.00. The total monthly expenditures should therefore be amended to $5,433.25.

10.    **Paragraph 83:** 15 of the employees listed in this paragraph are still employed by Ideal Concrete, Inc.

11.    Mr. Gianarelli offers the attached letters in support of probation from the following:

    Rachel Aguilar and Osvaldo Aguilar
    Allyn W. Brown
    Carolyn Gianarelli
    Victor E. Land
    Robert P. Osborne
    R.S. Powell
    Jim Palmer
    Thomas Petitmermet

Pamela Riggen
Corey Gene Simons
Russel Stoever Jr.
Pastor John Witkop

Respectfully submitted this 8th day of May, 2015.

                        SHERMAN & HOWARD L.L.C.

                        *s/ Richard Tegtmeier*
                        _____
                        Richard Tegtmeier, #2544
                        90 S. Cascade Ave., Suite 1500
                        Colorado Springs, CO 80903
                        719-448-4084
                        719-635 4576 (Fax)
                        rtegtmei@shermanhoward.com

## CERTIFICATE OF SERVICE

      I hereby certify that electronically filed the foregoing with the Clerk of Court using the CM/ECF e-filing, this 8th day of May, 2015, which will send notification of such filing to all counsel in this matter.

*s/ Devon O. Ryan*
_____