**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  14-cr-00397-MSK-01

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CLARENCE GIANARELLI,

       Defendant.

**GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL
ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)**

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines Section 3E1.1(b).  Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

                                      Respectfully submitted,

                                      *s/ Martha A. Paluch*
                                      Martha A. Paluch
                                      Assistant U.S. Attorney
                                      United States Attorney's Office
                                      1225 17th Street, Suite 700
                                      Denver, CO  80202
                                      (303) 454-0100
                                      Martha.paluch@usdoj.gov

## **CERTIFICATE OF SERVICE**

       I certify that on this 11th day of May, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:


Richard Tegtmeier, Esq.
Counsel for Defendant Clarence Gianarelli
rtegtmeier@shermanhoward.com


                                          *s/ Mariah Tracy*
                                          Mariah Tracy
                                          Legal Assistant
                                          United States Attorney's Office
                                          1225 17th Street, Suite 700
                                          Denver, CO  80202
                                          Telephone (303) 454-0100
                                          Facsimile (303) 454-0402
                                          Email: Mariah.Tracy@usdoj.gov