April 27, 2015

To Honorable Judge Krieger,

My name is Rachel Aguilar, I am the wife of Osvaldo Aguilar. Osvaldo has worked for Clarence Gianarelli for over 18 years and hopes to be there for many more to come. Not only is Clarence my husband's boss, but also a friend to our family. Clarence has been there for the births of our four children and the tragic sudden loss of my father-in-law about six years ago. We were having financial trouble and had to manage paying for the funeral cost and many other cost. When my husband was able to go back to work, the first thing Clarence did was give him a big hug. Then an envelope with money to help us with our situation. We will never forget that time, and many others. I could go on and on about the good things Clarence has done for our family and many others.

If my husband and I for any reason would have thought Clarence did it out of greed or his own personal gain, my husband would not still be working for Clarence. We forgive him and understand why he did it.

So we ask you Judge Krieger with all our heart for Clarence Gianarelli not get any prison time.

It would break our hearts if anything like that would happen to our friend.

We honestly believe Clarence is a wonderful person and would not make this mistake again.

I want to thank you for your time in this matter. And Judge Krieger I want to let you know I also believe in Second Chances.

Please feel free to call me with any questions that you may have (719-214-7702)

Thank you,

Rachel Aguilar
and
Osvaldo Aguilar

P.S.
We are also giving Clarence as a gift the money he owes us for everything he has done for us.

April 28, 2015

The Honorable Marcia S. Krieger
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO  80924-3589

Clarence Gianarelli is a friend I have known since the early 1980's. I would like to share my insights about a man I know to be honorable and compassionate. I am asking that you consider all the good things in Clarence when passing sentence on this case.

My family history with the Gianarelli's goes back to the mid 1960's when my father was doing business with Hank Gianarelli (Clarence's father). My personal relationship with Clarence came through business. Ideal Concrete is the concrete subcontractor we have used for the last 30 years on projects of about 2,000 single family lots in the region.

I always found his business dealings to be honest, fair, caring and above reproach. Clarence is very hardworking, friendly and one of the most overly optimistic people I have ever met. Clarence takes extreme pride in his workmanship and always goes the extra mile to make sure things are done right. His pride of workmanship stemmed from his employees. Over the years he nurtured them, allowing them to succeed and giving most anyone he met a chance to make something more of themselves. Clarence's Christian values are evident in all his dealings – whether to his employees or his customers – or simply someone he just met.

On a very personal note, I came to see some of Clarence's finest qualities first hand. In 1997, my ten year old daughter was diagnosed with a very serious bone cancer located in her spine and ribs. She spent 210 days at Children's Hospital in Denver between January – October 1997. Knowing what a financial hardship this was on my family, Clarence gave us a significant gift of a few thousand dollars to help with expenses. This gift came completely unsolicited. It shows his compassionate, generous and caring spirit for those hurting around him. He saw someone hurting and in need, and he took action to help. This is the friend and businessman I know that exhibits these traits even today. Not a meeting goes by that Clarence does not ask how my daughter is doing. I know mine is not the only example – this is his very nature.

Please consider all these traits when considering the possibility of a sentence of probation. I do not see how prison time will benefit anyone involved. It seems allowing him to continue working while on probation, keeping his company open and people employed, along with the possibility of paying restitution is far better than nothing. Thank you for your consideration in this matter. I may be reached at 598-9400 for further information if helpful.

Yours sincerely,

Allyn W. Brown
17021 Park Trail Dr.
Monument, CO  80132

April 30, 2015


The Honorable Marcia S. Krieger
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294-3589

Clarence and I were high school sweethearts and married in Colorado Springs in 1962, two years after graduating from high school. We started our married life living in Denver and moved to Texas after two years because of a job opportunity for Clarence. For the next several years we made several moves and lived in Louisiana, Oklahoma, and Texas. In 1972 Clarence was asked to return to Colorado Springs to work with his father and brother, John, so we moved back that year. We have two grown daughters who live in Colorado Springs and four grandsons. This year we will celebrate our 53rd anniversary--I am so blessed to have such a wonderful, Christian man whom I love and respect with all my heart.

Clarence is a devoted father and husband and spends all his free time with me and did with our daughters when the girls were living at home. The girls were our top priority. When they were little they would become so excited when it was time for daddy to come home because he would play and read to them until bedtime. The last eight years my mother was in assisted living until she passed away March 12, 2015. All during this time, Clarence encouraged me to spend as much time as I could with her and he visited her often trying to ease her loneliness. I could not have gone through losing my Mom without Clarence by my side. My parents both loved and respected Clarence very much and thought of him as a son. .

During our married life, Clarence has always tried to help people in any way that he could. While in Louisiana, he traveled to Springfield, IL and helped move a new pastor to our church. Several years ago, he provided a truck and two men who drove to California and moved a pastor to Colorado Springs. Clarence built two handicap ramps for friends, helped with numerous concert projects for family and friends after working hours and on week-ends. He provided snow removal for our church for several years and helped with building projects for the preschool and for the church. Clarence is always willing to help. His big heart and willingness to give to others is something I love and admire in him. This willingness to help people carried over to Ideal Concrete and it's employees. He loaned money to his employees for mortgages, utilities, purchasing property, etc. and was paid back with weekly amounts that the employees could afford. He paid for a funeral when one of his employee's son died and the employee did not have money for a funeral. He did this for his employee without ever getting paid back. When times were good at Ideal, he had Christmas parties for the entire families with food, gifts, and entertainment, always sharing the good times with the employees. For several years he adopted two or three families from Salvation Army and provided Christmas gifts and other needed items.

Clarence seems to put his own needs last. He went without even a week's vacation for eleven years from 1986 - 1997, only taking a long week-end now and then, because Ideal's work was slower and he didn't feel like he could get away. Since 2009, he has only taken three long week-ends--no time off in 2010, 2013, and 2014. In 2012 we did take a long week-end to celebrate our 50th anniversary and that is the last time he has taken time off from work. We look forward to all vacation days and week-ends knowing that we will get to spend more time together. Our happiness is with each other.

Clarence has always had a very optimistic view of everything. In the past, this attitude worked for him as things would work out if he was patient long enough, never giving up. However, during these last years this did not work out for him. He was confident that money would come in to pay all his obligations and was

patient waiting for the money. Much of the money that was owed Ideal Concrete never came in as expected. What had always worked for him in the past, was not happening this time. Never did he take anything for his personal use. During these last years, we mortgaged our home to help Ideal Concrete, loaned our retirement money to Ideal, cashed in our 401K to help Ideal and have done everything we could do with our personal funds to help. Clarence knows that he made a terrible business decision but he never wanted to hurt anybody and never took anything for his personal use. He has suffered greatly during these last few years knowing that his employees where impacted by his wrong decision. Please see the loving, caring person that Clarence has always been and not let this one bad decision ruin him forever. His faith in God is what has pulled him through these difficult years. He prays to God every day and knows that God is by his side no matter what happens. I love and admire Clarence for the beautiful Christian man he is and for being a loving husband and devoted father. He lives his faith every day by the way he treats all people.

Thank you for your consideration of this letter and your concern for the future of Clarence's life. You may contact me by phone at 719-598-0307.

Sincerely,

*Carolyn Gianarelli*

Carolyn Gianarelli

The Honorable Marcia S. Krieger
Alfred Arraj United States Court House
901 19th Street
Denver, Colorado 80294-3589

Your Honor,

My name is Vic Land an employee at Ideal Concrete, Inc. for over 10 years. I have known Clarence Gianarelli for over 35 years. I have been in the concrete construction business since 1969. I know Clarence as a supplier, employee, co-worker, and a friend. In all those years, Clarence is the most honest person I know.

I know your Honor has the option, to put Mr. Gianarelli in prison. I would ask you to talk with Mr. and Mrs. Gianarelli and look into his heart. Clarence and Carolyn are good people I can see no good, if Clarence is sent to prison.

I would not change our relationship for anything. I thank your Honor for the difficult decision you have to make. Clarence is a good honest man and does not deserve to go to prison.

If I can answer any questions please call me at (719) 243-9082. Thank you for your consideration.

Sincerely,

*[signature: Victor E. Land]*

Victor E. Land
Friend of Clarence



April 29, 2015

The Honorable Marcia S. Krieger
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80924-3589

This letter is sent on behalf of Clarence Gianarelli, whose case is before your court.

Mr. Gianarelli is well known to me, both personally and through my business. He was a valued customer of my ready mixed concrete company in the 1960's, having purchased and paid for products valued in the several million dollar range over 30 years.

I know him personally and hold him in the highest regard. He is a wonderful man who is caring and considerate of others. The local construction economy has suffered greatly and most in it have been affected as well.

I urge you to grant Mr. Gianarelli probation so that he can continue in business and serve the construction community as he has so well in the past.

Sincerely,

RMC Corporation
Robert P. Osborne, President

# R. S. POWELL, INC.
### CERTIFIED PUBLIC ACCOUNTANT

TELEPHONE (719) 578-8200                                                                                                          FAX (719) 278-9509

April 27, 2015

The Honorable Marcia S. Krieger
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294-3589

Re: Clarence Gianarelli

Your Honor:

I have been Mr. Gianarelli's accountant for about 20 years. I have helped Clarence with his tax returns and financial statements during this time. During this time, he has always been concerned about the welfare of his employees and made sure they were paid before he was. It was only after his company had been awarded some large fixed price contracts and the cost of his concrete materials increased substantially (about double) and he could not pass the cost on, he got into a cash flow bind. At the same time, the economy slowed down, work decreased, and cash flow was even worse. He tried to rectify the problem by financing his building, trying to finance the equipment, etc. but just could not come up with enough cash.

I am familiar with the charges against Mr. Gianarelli and you have a major decision as to how to sentence Mr. Gianarelli. Personally, I do not feel jail would be appropriate for him. He knows he was wrong, but did the only thing he knew of to keep his employees paid and working. His business has changed its compensation packages where the employees are responsible for their own health insurance and retirement benefits, so he can no longer have the same problem. The economy for construction is picking up, so if there is any chance of restitution, it would only be if Clarence is on probation so he can continue to work. I believe Mr. Gianarelli will do whatever he can to try to make this right, and would make every effort to correct these matters before he were to get any personal benefit. I believe it is unlikely for any criminal violations to occur in the future.

Thank you for your consideration of my letter and your concern regarding the future of Mr. Gianarelli. If you would like to contact me regarding any additional information you feel might be beneficial, you may contact me at (719) 578-8200.

Sincerely,

Richard S. Powell
Certified Public Accountant

James O. Palmer
1988 Pine Mesa Grove
Colorado Springs, CO 80918

27 April, 2015

Sherman & Howard L.L.C.
90 South Cascade Ave., Suite 1500
Colorado Springs, CO 80903

Dear Mr. Tegtmeier,

I wish to comment on the Clarence Gianarelli case. I have known Clarence and his wife for about eight years and I have always observed his impeccable moral character. I first got to know him in 2008 when he donated a large concrete pad for the Forward Air Controller Memorial in Colorado Springs' Memorial Park. This memorial has the names of over 300 Forward Air Controllers (FACs) and Observers who lost their lives in combat during the Vietnam War. Clarence refused to take money for the colored and textured concrete pad that is thick enough in places to hold two 3,500 pound granite slabs with the names of all the deceased FACs. He said he wanted to support the memory of those who fought and died in that war.

My wife and I joined the church in which Clarence and his wife Carolyn are members in 2010 and we really got to know them well. Clarence has been very active in helping out at the Church with snow removal, clean up days, ushering, and administering communion. They also are regular attendees at Bible Study, Sunday School, as Greeters, and at special events. Clarence is very conscientious about doing the right thing and living his Faith.

I have visited Clarence at his offices, both at the large warehouse he was in before he had the financial problems, and in the much smaller, farther- out current office and storage shed. I have talked to his workers and all that I talked to love him and support him. I know Clarence has a strong "fatherly" feeling towards his employees and tries to do everything he can to give them a good, stable working environment. It really hurt Clarence when he had to let some of his employees go. If Clarence receives a prison sentence, his current employees will likely lose their jobs and his sentence will affect many innocent families.

Thank you for the opportunity to comment.

Sincerely,

Jim Palmer

The Honorable Marcia S. Krieger  
Alfred A. Arraj United States Courthouse  
901 19th Street  
Denver, CO 80294-3589  

Thomas M. Petitmermet  
6560 Grey Eagle Lane  
Colorado Springs, CO 80919  

27 April 2015

Judge Krieger,

      I am writing to you in the case of Clarence Gianarelli. I am a retired Air Force Colonel who flew fighter aircraft for the majority of my career. During that time I also flew 503 combat missions as a Forward Air Controller in Southeast Asia during 1970-1971. I had been a fighter squadron commander and a base commander in Alaska in the late 1980s. I retired in 1995 as the Deputy Chief of Staff of the North American Aerospace Command at Peterson AFB. Following my Air Force career I was a self-employed aerospace consultant for nearly 15 years working on among other projects, Intercontinental Ballistic Missiles, satellite control systems, and flying and maintenance support contracts. My family and I have lived in Colorado Springs for nearly 26 years. I am the proud father of three adult children and the grandfather of three beautiful children in the Denver area. For the past 19 years I have been the leader of a Christian lay ministry program at our church in Colorado Springs.

      I have known Clarence Gianarelli for the past 14 years both in social and professional settings. Clarence was one of our volunteer lay ministers that joined our lay ministry program, Stephen Ministry, in 2002. I was responsible for Clarence's ministry training and met with him every week for nearly 5 months during the very intense 50 hour training program. The purpose of this ministry is to train lay people to walk with an individual who is going through a difficult time in their life. Without hesitation I can tell you that Clarence is one of our most gifted lay ministers. The wisdom and experience that he brought to the training was incredible. His insight was so on target that he was the recognized leader of his training class. After Clarence was commissioned as a Stephen Minister he was assigned to his first care receiver, an elderly gentleman that was going through a very difficult aging process. Our normal care giving assignments usually last approximately 12-18 months. Clarence was so dedicated to his care receiver that he stayed with this gentleman for almost 10 years meeting every single week with him until his care receiver's death. That dedication is the high mark of perseverance in our ministry program. It is so wonderful to see someone that really lives out his faith and does not just talk about it. I have also met with Clarence twice a month since February 2003 as we do a supervision process with all our Stephen Minsters to ensure they are on track with their caregiving. Clarence is still one of our best and wisest ministers and we all look to him for guidance and advice.

      In addition to the lay ministry program I am also aware of Clarence's wonderful support to the Colorado Springs community. Starting in 2007 I was the Chairman of a project to recognize the nearly 300 Forward Air Controller (FAC) pilots and support staff that were killed in the war in Southeast Asia. My task was to build a memorial with the names of those 300 brave people engraved on granite stones. Since I had no experience in building a memorial the first person I went to for advice was Clarence Gianarelli. Clarence came up with a plan for the project, donated the concrete for the project and got us in touch with the best granite company in

Colorado Springs. Needless to say the advice from Clarence paid off and we built and dedicated the most stunning memorial to those brave men. We had nearly 1500 people attend the October 2008 dedication ceremony. Because of his stellar work the Forward Air Controller Association made Clarence an honorary member, only the second person so honored since the inception of the FAC Association in 1997.

I am aware of Clarence's situation concerning his guilty plea to theft and embezzlement charges. Knowing Clarence for so many years I am convinced that his actions, while unlawful, were the only recourse he had during the extreme economic downturn he faced in the concrete and construction industry. Sending Clarence to jail for this offense would certainly not help the situation. I know as the economy has rebounded just a bit it makes the most sense for Clarence to continue leading his company with the goal of paying restitution for his actions. Knowing Clarence the way that I do I am absolutely convinced that this was a one-time event and I am fully confident that this situation will never occur again. Clarence will be a model citizen and fulfill every aspect of his probation. Clarence's character is one that I try to model my life on. Clarence is one of only two people that that stand out as role models in my life. In addition to Clarence, my first boss in Vietnam was also a key role model. He led us with his character and would always ensure we did the right thing in a very tough combat environment. I put Clarence in that same category...his character is tops in my book.

I would like to add my personal contact information if there is anything else I can say about Clarence. Please feel free to contact me at any time. Clarence is a good man that made a mistake. He will do right if he is given the chance with probation. Thanks for your consideration.

*Thomas M. Petitmermet*

Thomas M. Petitmermet
Colonel USAF (ret)
719 528-1038 H
719 339-1960 M
pplus10@aol.com

May 1, 2015

The Honorable Marcia S. Krieger
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294-3589

RE: Clarence Gianarelli

To The Honorable Judge Marcia S. Krieger

My name is Pamela K. Riggen. I am Clarence Gianarelli oldest daughter. I have 2 sons ages 14 and 18. My dad adores his grandsons and is always interested in what they are doing. My new husband loves my parents. He respects them and tells me all the time what a great job my dad has done in this life.

My dad is a very generous person. He is always helping someone in some way. For example, about 11 years ago he along with my ex-husband and his parents helped us start our dream business. With his business and construction knowledge this all came to light. Without his help none of this would have happened. My dad is always there to lend support to any ideas or problems that may have come my way. In my early adulthood, I could always call him if I had trouble and he would be there. He was always helping neighbors, church friends, his employees and family. He was always giving in some capacity. Whether it be his time, love support, thoughts, or money. He had a passion for helping others.

My dad is a very dedicated, respected and caring person. His dedication to Ideal is evident in so many ways. When his brother, John, could no longer work my dad kept the business going. Ideal's success is due to my dad's dedication. Many times I've had the occasion to mention his name or Ideal and people know who I'm talking about. He is highly respected in his church and community and that makes me feel very proud.

My dad, Clarence Gianarelli, is a very loyal, honest man. Up until this mistake, he has never done anything against the law. That is just not his character. I was surprised to hear what had happened. In my heart I believe that when things got tough he chose his employees taking home a paycheck verses no paychecks. In time he thought that he would get paid the monies owed to him and everything would work out. I know he is ashamed of the decision he made. He meant no harm to anyone. He put his and my mom's entire life savings into Ideal. It's sad for me to see the hard work my dad has done all these years be for nothing. My dad should be retiring and enjoying the fruits of his labor but now he is committed to making Ideal Concrete the great and highly respected business it once was. Probation is the only way, my dad can make this happen. The one mistake has cost him everything. Please see all the good things he has done and accomplished in his life and not the one bad mistake he made. I hope and pray that you will give serious consideration for probation.

Please feel free to contact me with any question or concerns. I can be reached at 719-358-3701. Thank you for your time to read my letter.

*Pamela K Riggen*

April 29, 2015

The Honorable Marcia S. Krieger
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294-3589

RE: Clarence Gianarelli

    My name is Corey Gene Simons. I am 44 years old and born in Grand Rapids, Michigan. My parents moved to Colorado Springs in 1978. I was 8 years old. I started working in Colorado Springs in 1986 at the age of 15 for Albertsons. I've been employed with Albertsons for 29 years. In those 29 years working with the public, I have met an incredible amount of people. I also met my wife at Albertsons. Her name is Pamela K. Riggen (Gianarelli), Clarence's oldest daughter. She introduced me to her parents in 2009.

    The five years that I've spent with Pam, I feel I have a great relationship with my father-in-law, Clarence. The day I met Clarence, I could tell that he was a great person, who cared about what everybody had to say. His best attribute that showed in my eyes was family is at the top of his list. After getting to know him more everyone was at the top of his list. To know his daughter, I know she was raised by a great man who has respect and love for all things. He cares enough to give what he can whether it's money, time, encouragement, love, or the shirt off his back. If he can help you he would find a way to do it.

    I am very aware what Clarence did and how it has affected some people. As a man, I can only hope someday walk a similar path, to help as many people that he has. He deserves probation. In my eyes his absence in our community will be sorely missed. Furthermore, a man who is 73 years old and still shows up on time for work has a great influence on this city of Colorado Springs. I'm impressed! I cannot tell you enough how much I admire and respect Clarence and the family he raised with his beautiful wife. I am blessed to be a part of the family.

    Please feel free at anytime to contact me about this matter. There really is too much to say in this letter. To sum this letter in a few short words, I put my name on Clarence Gianarelli. He is a role model for me.

Thank You,

*[signature]*

Corey Gene Simons
719-216-4232
719-264-8650

Russel Stoever Jr.
2629 Summit Dr.
Colorado Springs, Colorado
80909

April 28, 2015

Judge Marcia S. Krieger,

My name is Russel Stoever Jr., I have been a loyal employee since July 1981. I am the Superintendent/Project Manager for Concrete.

I understand what he has done is wrong, but I also understand the reasoning behind it. At that time with what was going on in the company, it was very important for him to make payroll to his employees & their families.

Should you not grant him probation, the consequences of him going to prison would mean that Ideal Concrete could not survive, which means 30+ employees would be out of their jobs. This would be devastating to me & the other employees that have the amount of time invested in the company that I do.

Seeing what has transpired since all of this has happened, Clarence strives everyday to make this Company what it used to be.

Should you want or need to contact me, please feel free.
Cell Phone 719-459-0161
Home Phone 719-477-0060

Sincerely

Russel Stoever Jr.



# Bethel Lutheran Church

*4925 Farmingdale Dr., Colorado Springs, CO 80917-1011*
PH: 719/570-9800 * Fax: 719/570-9748 * Email: office@bethellutheran.net

The Honorable Marcia S. Krieger                         April, 27, 2015

Alfred A. Arraj United States Courthouse

901 19th Street

Denver, CO 80294-3589

My name is John Witkop and I am writing on behalf of Clarence Gianarelli. I have served as the senior pastor of the church Clarence has attended during the past 11 years and has been a member of for some 20 years. I understand the gravity of the situation in which this sentencing is concerned. It is unfortunate for all involved and not to be taken lightly.

Clarence and his wife Carolyn have been a true blessing to the community, our church and me personally. He has served as a Stephen Minister for a number of years. A Stephen Minister is a lay caring ministry in which an individual receives 50 hours of training and then is able to be assigned to a same gender individual who desires someone to walk with them through a particular life crisis or situation. Clarence has also been a faithful church member, contributing generously, but not lavishly, of his time, abilities and resources. His grandsons have attended our preschool in recent years and Clarence was a big fan of helping the preschool, even pouring the concrete for a new sand area and tricycle riding path in the playground.

Many times I have referred someone to Clarence who may have lost a job and needed employment. Clarence always did his best to utilize them at Ideal Concrete and give them hours to bridge the gap in their employment and to provide for their family. I have been to Clarence's home and it is a humble home and they drive modest vehicles.

Clarence's life is all about his faith, his family and his extended family at Ideal Concrete. My oldest son even worked for Clarence this past year and Clarence was a big encourager to Jack as he was going through some tough times at 20 trying to find his place in the world. I know Clarence has gone over and above what a normal business owner would do to try and help his employees through a tough financial time. If anything, he can be generous to a fault, meaning he puts himself last in the pecking order of taking care of business.

I know what happened to bring us to this point needs to be dealt with in a fair and equitable manner. I also know that in order for Clarence to function and keep the business afloat, he needs to be able to be present and oversee the day to day operations of the company. From my honest observations, Clarence and all involved would be best served by being placed on probation and not a prison sentence.

I am happy to talk further about this matter and can be reached at 719 640-6702. Thank you for your consideration and for your service to our community.

Sincerely,

*Pastor John Witkop* (signature)

Pastor John Witkop