Exhibit

A

**Sonja Hellman, Ph.D.**
Licensed Clinical Psychologist
PSY2824

Re: Psychologist Report for Clarence Gianarelli

**History**: Mr Gianarelli was referred to me by his defense attorney. The purpose for the referral was to determine psychological factors that might contribute to the actions Mr. Gianarelli took with his company benefits that lead to his arrest.

**Sessions:**
I have met with Mr. Gianarelli for seven 2 two-hour sessions. Additionally, I have much of the discovery provided to Mr. Gianarelli by the government.

**Purpose** of the counseling and how it relates to his charges: Our sessions have had the dual purpose of psychological evaluation and psychotherapy to treat residual effects of psychological distress from Mr. Gianarelli's past that have contributed to his current legal situation and ensure that he takes responsibility for both his past actions and making future reparations.

**Prognosis and conclusions** for his participation on probation: Mr. Gianarelli is an excellent candidate for probation. He is motivated to complete probation so that he may continue to provide employment to his employees and earn the money necessary to make restitution to those he has harmed. It is in the best interest of protecting public order to allow him to continue his company's operations with supervision of probation.

My prognosis for Mr. Gianarelli is that with three to five more sessions, he will take an active role in providing reparations to his victims and move forward in more transparent ways regarding the finances of his business.

720.304.2721 (voice)
303.543.5782    (fax)

5277 Manhattan Circle
Suite 100
Boulder, CO  80303

*[signature: Sonja Hellman, PhD]*

May 14, 2015