## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:14-cr-00397-MSK

UNITED STATES OF AMERICA,

     Plaintiff,

v.

CLARENCE GIANARELLI,

     Defendant.
_____

## ERRATA
_____

Defendant Clarence Gianarelli, by and through his lawyer, hereby advises the court of a corrected citation in his Motion for Non-Guideline/Variant Sentence [Doc #28].

The case law cited in paragraph 1 of Mr. Gianarelli's Motion for Non-Guideline/Variant Sentence should be corrected to read *United States v. Sabillon-Umana*, 772 F.3d 1328 (10th Cir. Dec. 8, 2014).

Respectfully submitted this 15th day of May, 2015.

SHERMAN & HOWARD L.L.C.


*s/ Richard Tegtmeier*
_____

Richard Tegtmeier, #2544
303-299-8163
719-635 4576 (Fax)
rtegtmeier@sah.com

SPRINGS/1493855.1

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and complete copy of the above and foregoing upon the United States Attorney's office via CM/ECF e-filing, this 15th day of May, 2015.

*s/ Devon O. Ryan*

_____

SPRINGS/1493855.1