IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover         Date:  May 28, 2015
Court Reporter:     Tamara Hoffschildt
Probation Officer:  Gary Kruck

Criminal Action No. 14-cr-00397-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   Martha Paluch

      Plaintiff,

v.

CLARENCE GIANARELLI,                        Richard Tegtmeier

      Defendant.

---

### SENTENCING MINUTES

**11:04 a.m.    Court in session**.

Defendant present on bond.

**Change of Plea Hearing on February 25, 2015.  Defendant pled guilty to Counts 1 and 21 of the Indictment.**

**ORDER:**   Doc. #32 and #33 are **RESTRICTED.**

**ORDER:**   Government's Motion for Decrease for Acceptance of Responsibility (**Doc. #26**) is **GRANTED.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #28, #32).**  Argument.

Allocution. - Statements made by:  The Government, the defendant, defense counsel

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

This hearing will be continued for the reasons stated on the record.

**ORDER:** Hearing is continued to **July 9, 2015 at 9:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** Bond is continued.

**12:02 p.m.** **Court in recess.**

Total Time: 58 minutes.
Hearing concluded.