# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| Ideal Concrete, Inc. | )   Case No. 12-23345 TBM |
| | )   Chapter 11 |
| | ) |
| Debtor. | ) |

## ORDER GRANTING THE UNITED STATES TRUSTEE'S MOTION TO DISMISS CHAPTER 11 CASE

This matter having come on before the Court on the United States Trustee's Motion to Dismiss Chapter 11 Case and the Court, noting the absence of any objeciton to the Motion and finding good cause therefor, hereby

**ORDERS** that the above-captioned case shall be dismissed pursuant to 11 U.S.C. § 1112(b)(4)(F) and (K).

Dated: July 2, 2015

By the Court:

*Thomas B. McNamara*
Thomas B. McNamara, Bankruptcy Judge