**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover          Date:  July 9, 2015
Court Reporter:    Terri Lindblom
Probation Officer: Gary Kruck

Criminal Action No. 14-cr-00397-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   Martha Paluch

       Plaintiff,

v.

CLARENCE GIANARELLI,                        Richard Tegtmeier

       Defendant.

## SENTENCING MINUTES

**9:15 a.m.      Court in session**.

Defendant present on bond.

This hearing is continued from May 28, 2015.

Parties received and reviewed the supplemental presentence report and all addenda.

The Court addresses the supplemental financial information received.

Further allocution by the Government, defense counsel and defendant.

**ORDER:**   Defendant's Motion(s) for Non-Guideline Sentence (**Doc. #28, #32**) are **GRANTED in part and DENIED in part.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**   Defendant shall surrender to the facility designated by the United States Bureau of Prisons no later than 10 days from notification of the desigation.

**ORDER:**   Bond is exonerated

**10:18 a.m.     Court in recess.**

Total Time:   1 hour 3 minutes.
Hearing concluded.