**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00397-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CLARENCE GIANARELLI,

        Defendant.

_____

STIPULATED MOTION TO AMEND JUDGMENT PURSUANT TO FED. R. CRIM. P. 36
_____

On July 9, 2015, this Court sentenced the defendant to a one-year term of intermittent confinement as to each count of conviction. The defendant was ordered to report to the facility designated by the Bureau of Prisons every Friday night until Monday morning and all holidays for one year. The Court also ordered that the defendant will serve in custody all holidays which do not fall on the weekends. Doc. 40.

On August 6, 2014, the government received an email and attached letter from the Bureau of Prisons raising concerns with the sentence imposed. This letter is attached hereto as Attachment 1. Undersigned counsel has been out of the office much of the past week and was unable to attend to this matter until today.

In the Bureau of Prisons' view, the intermittent term of confinement ordered by the Court is inconsistent with both Title 18 of the United States Code, and the Federal Sentencing Guidelines. Specifically, intermittent confinement is only authorized: (a) as a

condition of probation pursuant to 18 U.S.C. § 3563(b)(10); or (b) as a sanction for violating a condition of supervised release pursuant to 18 U.S.C. § 3583(d).

Additionally, an intermittent term must be served "during the first year of the term of probation or supervised release." 18 U.S.C. § 3563(b)(10). Applying these requirements, the sentence imposed is problematic because it is neither a condition of probation nor a sanction for violating any condition of supervised release.

Undersigned counsel contacted defendant's attorney Richard Tegtmeier and discussed this matter. Mr. Tegtmeier represents that he is agreement that an amendment to the judgment is warranted for the reasons set forth herein.

Pursuant to Rule 36 of the Federal Rules of Criminal Procedure, the Court may, at any time, "correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." In this instance, amendment is warranted in light of the sentencing restrictions set forth in the United States Code, an oversight that has been brought to the government's attention by the Bureau of Prisons.

Specifically, the parties propose that the defendant be sentenced to time served and three years of supervised release. As a condition of the first year of the term of supervised release, the defendant shall serve one year of intermittent confinement as set forth in the judgment. In addition, the parties request the Court clarify the term "holidays" as used in the judgment as requested by the Bureau of Prisons so that it may properly carry out the sentence imposed.

The parties recommend this sentence based on several considerations. First, it is consistent with Title 18, which authorizes intermittent custody as a condition of supervised release. Second, it is consistent with the goal of the initial sentence, which was to require

custody during time periods when the defendant is not working, which will enable him to continue running Ideal Concrete, Inc., and maximize his ability to meet his restitution obligations.

Accordingly, the parties respectfully move this Court to amend the July 27, 2015 judgment, consistent with the recommendations in this motion.

Respectfully submitted,

*s/ Martha A. Paluch*_____
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov


*s/ Richard Tegtmeier*
Richard Tegtmeier, #2544
Sherman & Howard, LLC
90 South Cascade Ave., Suite 1500
Colorado Springs, CO 80903
719-448-4084
719-365-4576 (Fax)
rtegtmeier@shermanhoward.com

**CERTIFICATE OF SERVICE**

      I certify that on this 14th day of August, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Richard Tegtmeier, Esq.
Counsel for Defendant Clarence Gianarelli
Sherman & Howard, LLC
90 South Cascade Ave., Suite 1500
Colorado Springs, CO 80903
719-448-4084
rtegtmeier@shermanhoward.com


Gary Kruck
U.S. Probation Officer
1929 Stout Street, Suite C-120
Denver, CO  80294
(303) 335-2426
Gary_Kruck@cod.uscourts.gov


                    *s/ Mariah Tracy*_____
                    Mariah Tracy
                    United States Attorney's Office
                    1225 17th Street, Suite 700
                    Denver, CO  80202
                    (303) 454-0100
                    mariah.tracy@usdoj.gov