November 9, 2015

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 17 2015

JEFFREY P. COLWELL
CLERK

The Honorable Marcia S. Krieger
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294-3589

RE: United States v Clarence Gianarelli
    Court Case Number:  14-CR-000397

The Honorable Marcia S. Krieger:

I, Clarence Gianarelli, was sentenced July 9, 2015 to serve confinement on weekends and holidays for a one year period. I have now served six weekends including one weekend which bordered a holiday, so I was confined from Friday night until Tuesday morning.

I am working 10-12 hour days during the work week trying to keep Ideal Concrete going so that restitution can be made. My business works on many holidays that other businesses do not observe--Columbus Day, Veteran's Day, President's Day--and the day before or after major holidays such as Thanksgiving, Christmas, New Year's Day, and Fourth of July. My employees need the paycheck hours to support their families and our contracts need to be fulfilled in a timely manner. My confinement keeps me from working on those days which causes a hardship to keep the business operational.

Saturday work has always been part of my schedule. It allows the crews to do catch up work and provides an opportunity for me to prepare for the coming week by invoicing, scheduling, and securing materials in advance. It is often the only time I have to work on proposals for future jobs.  All of the extra time spent at work increases my ability to pay restitution.

I have always been extremely optimistic and allowed extra time for things to work out.  During the time I could not pay the employee benefits, I believed with my whole heart that money was going to come in and everything would be paid and caught up.  **Never** did I realize what happened was considered criminal until I received the letter from the U. S. Justice Department.  I always put my employee's interests above my own and never used any money for my own benefit. That fact is evident in the knowledge that all of my own retirement funds, 401K funds, and personal savings were used to try to get Ideal Concrete back on its feet.  Ideal Concrete is experiencing the first improvement since the 2006 economic decline.

My wife and I have been married for 53 years. The weekend separation causes extreme emotional stress for both of us and our immediate family. Being in our 70s and working the schedule I'm trying to keep for the sake of the business, the lack of rest due to the confinement on weekends is creating an emotional and physical hardship on a man my age.

Please consider a modification of my sentence that would allow me to work on certain holidays and 6-8 hours on Saturday, rather than the 10-12 hour days during the work week. I fully understand my responsibility to serve my obligations.  I am serving every day of this confinement with sincere humbleness.

Sincerely,

*Clarence Gianarelli*

Clarence Gianarelli