# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:14-cr-00397-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLARENCE GIANARELLI,

    Defendant.

_____

## COUNSEL'S MOTION TO WITHDRAW AND TO BE REMOVED FROM CM/ECF FILING NOTIFICATION
_____

    Richard Tegtmeier and Sherman & Howard L.L.C. respectfully request this Court allow counsel to withdraw as attorney of record for the Defendant and for removal from CM/ECF filing notifications.  As grounds, Mr. Tegtmeier states:

    1.    Mr. Tegtmeier and Sherman & Howard L.L.C. were retained by Mr. Gianarelli to represent him regarding this case.  All matters for which counsel has been retained have been resolved.

    2.    Removal from CM/ECF filing notifications is appropriate if withdrawal as counsel of record is allowed.

    3.    A copy of this Motion is being served by U.S. Mail, postage prepaid, at the last known address of the Defendant, Clarence Gianarelli.

    4.    Mr. Gianarelli has requested this withdrawal.

5. Mr. Gianarelli is hereby notified of counsel's request to withdraw and that, if this Motion is granted, Mr. Gianarelli will be personally responsible for complying with all the court orders and deadlines.

WHEREFORE, undersigned counsel respectfully requests this Court allow Mr. Tegtmeier and Sherman & Howard L.L.C. to withdraw as counsel of record for the Defendant in this case.

Respectfully submitted this 4th day of December, 2015.

SHERMAN & HOWARD L.L.C.

*s/ Richard Tegtmeier*
_____
Richard Tegtmeier, #2544
90 S. Cascade Ave., Suite 1500
Colorado Springs, CO 80903
303-299-8163
719-635 4576 (Fax)
rtegtmeier@sah.com

2

3

## CERTIFICATE OF SERVICE

      I hereby certify that I served a true and complete copy of the above and foregoing upon the United States Attorney's office via CM/ECF e-filing, this 4th day of December, 2015.

Additionally, a copy of this Motion and the proposed Order were mailed to the Defendant at his last known address as follows:

Clarence Gianarelli
4158 Anitra Circle
Colorado Springs, CO 80918

                                      *s/ Devon O. Ryan*
                                      _____