# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:14-cr-00397-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLARENCE GIANARELLI,

    Defendant.

_____

## ORDER RE: COUNSEL'S MOTION TO WITHDRAW AND TO BE REMOVED FROM CM/ECF FILING NOTIFICATION
_____

THE COURT being fully advised, does hereby GRANT Counsel's Motion to Withdraw and to be Removed from CM/ECF Filing Notification.

Richard Tegtmeier and Sherman & Howard L.L.C. are withdrawn as counsel of record for Mr. Gianarelli.

The Court Clerk shall cause Mr. Tegtmeier and his staff to be removed from CM/ECF filing notifications.

ORDERED this _____ day of December, 2015.

                                            BY THE COURT:

                                            _____
                                            Chief Judge Marcia S. Krieger
                                            DISTRICT COURT JUDGE