IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 10 2016

JEFFREY P. COLWELL
CLERK

Criminal Case No. 14-CR-000397

In Re: CIVIL SUBPOENA DIRECTED TO

ENT Federal Credit Union
(Financial Institution)

## CUSTOMER'S MOTION TO QUASH SUBPOENA OF FINANCIAL INFORMATION

I, Carolyn Gianarelli,
(Type or Print Your Name)

hereby move pursuant to the Right to Financial Privacy Act, 12 U.S.C. § 3410, for an order quashing the Government's subpoena dated February 24, 2016, of
(date on subpoena)

my financial records or information

from ENT Federal Credit Union
(financial institution)

The reasons for this motion are set forth in the attached sworn declaration.[1]

Respectfully submitted,

Date: 3/8/2016

Carolyn Gianarelli
(Signature)

4158 Anitra Cir., Colo.Spgs. CO 80918
(Your Address)

719-598-0307
(Your Telephone Number)

---

[1] Attach a declaration that explains your reasons that the Government should not receive the requested documents.

**CERTIFICATE OF MAILING**

I hereby certify that on ___3/8/2016___, a copy of the above CUSTOMER'S MOTION TO QUASH SUBPOENA FOR FINANCIAL INFORMATION was mailed, postage prepaid, to AUSA Elizabeth M. Froehlke, U.S. Attorney's Office, 1225 17th Street, 7th Floor, Denver, CO 80202.

*Carolyn Dianarelli*
(Signature)

March 8, 2016

I, Carolyn Gianarelli, did not have any involvement in this case and have done nothing wrong. I am a supportive wife to Clarence Gianarelli and have been married to him for 53 years. I feel that my privacy rights are being violated. I was advised to seek legal counsel but have been unable to find someone willing to take this on at this time. On March 4, 2016 I requested an extension of time from the U.S. Department of Justice but have had no reply.

*Carolyn Gianarelli*
Carolyn Gianarelli

Carolyn Gianarelli
4158 Anita Cir.
Colorado Spgs., CO 80918-4431

08 MAR 2016 PM 4 L
DENVER CO 802

8029425O151

United States District Court
District of Colorado
United States Courthouse
901 19th Street
Denver, CO 80294