IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  14-CR-000397-MK

UNITED STATES OF AMERICA,
                Plaintiff,

v.

CLARENCE GIANARELLI,
                Defendant.
_____

ENTRY OF APPEARANCE
_____

To: The Clerk of Court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

   The United States of America

      DATED at Denver, Colorado this 22nd day of March, 2016.

                                        JOHN F. WALSH
                                        United States Attorney

                                        s/Elizabeth M. Froehlke
                                        Elizabeth M. Froehlke
                                        Assistant United States Attorney
                                        1225 17th Street, Suite 700
                                        Denver, CO 80202
                                        Telephone: 303-454-0126
                                        E-mail:  Elizabeth.Froehlke@usdoj.gov

                                        Counsel for United States

CERTIFICATE OF MAILING

      I hereby certify that on March _____, 2016March 22, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following email addresses:

      Elizabeth.Froehlke@usdoj.gov

      In addition, I hereby certify that I have mailed or faxed the document to the following non CM/ECF participants:

      Address of Defendant:

Clarence Gianarelli
4158 Anitra Cir.
Colorado Springs, Colorado 80918

      s/Patricia McGee-Wake
      Office of the U.S. Attorney