

**U.S. DEPARTMENT OF JUSTICE**

**John F. Walsh**
*United States Attorney*
*District of Colorado*

*1225 Seventeenth Street, Suite 700    (303) 454-0100*
*Seventeenth Street Plaza         FAX (303) 454-0404*
*Denver, Colorado 80202*

VIA CERTIFIED MAIL

March 25, 2016

Carolyn Gianarelli
4158 Anitra Circle
Colorado Springs, CO  80918

      RE:    U.S. v. Clarence Gianarelli
             Case No.  14-CR-000397

Dear Carolyn Ann Gianarelli:

      Records or information concerning your transactions held by the financial institution named in the attached subpoena are being sought by the United States Attorney's Office to enforce collection of the referenced case under the Federal Debt Collections Procedures Act, 28 U.S.C. § 3001 et seq., in which the government is owed $128,477.99.  These records are relevant to determining property interests of the defendant.

      The subpoenaed records are or may be protected by the Right to Financial Privacy Act of 1978, 12 U.S.C. § 3401 et seq.  Pursuant to 12 U.S.C.A. § 3410, if you desire that such records or information not be made available, you must:

1. Fill out the accompanying motion paper and sworn statement or write one of your own, stating that you are the customer whose records are being requested by the Government and either giving the reasons you believe the records are not relevant to the legitimate law enforcement inquiry stated in this notice or any other legal basis for objecting to the release of the records.

2. File the motion and statement by mailing or delivering them to the clerk of the following United States District Court:

United States District Court
District of Colorado
United States Courthouse
901 19th Street
Denver, CO 80294



You must file your motion and sworn statement within 10 days from the date of personal service or 14 days from the date of mailing of this notice, or your motion will be denied as untimely.

3. Serve the Government authority requesting the records by mailing or delivering a copy of your motion and statement to:

Elizabeth M. Froehlke
Assistant United States Attorney
1225 17th Street, 7th Floor
Denver, CO 80202

4. Be prepared to come to Court and present your position in further detail.

5. If you are an individual, you do not need to have a lawyer, although you may wish to employ one to represent you and protect your rights. If you are a partnership, you must have a lawyer to represent you.

If you do not follow the above procedures, upon the expiration of ten days from the date of personal service of this motion or fourteen days from the date of mailing of this notice, the records or information requested therein will be made available. These records may be transferred to other Government authorities for legitimate law enforcement inquiries, in which event you will be notified after the transfer.

Very truly yours,

Elizabeth M. Froehlke
Assistant United States Attorney

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   14-CR-000397

In Re:  CIVIL SUBPOENA DIRECTED TO

    <u>ENT Federal Credit Union</u>
     (Financial Institution)

**CUSTOMER'S MOTION TO QUASH SUBPOENA OF FINANCIAL INFORMATION**

    I, _____,
     (Type or Print Your Name)

hereby move pursuant to the Right to Financial Privacy Act, 12 U.S.C. § 3410, for an

order quashing the Government's subpoena dated _____, of
                                                                       (date on subpoena)

my financial records or information

from _____.
        (financial institution)

The reasons for this motion are set forth in the attached sworn declaration.[1]

                                                  Respectfully submitted,

Date: _____               _____
                                                (Signature)

                                                  _____
                                                (Your Address)

                                                 _____
                                                (Your Telephone Number)

---

[1] Attach a declaration that explains your reasons that the Government should not receive the requested documents.



U.S. DEPARTMENT OF JUSTICE

**John F. Walsh**
*United States Attorney*
*District of Colorado*

*1225 Seventeenth Street, Suite 700     (303) 454-0100*
*Seventeenth Street Plaza            FAX (303) 454-0404*
*Denver, Colorado 80202*

VIA CERTIFIED MAIL

March 25, 2016

Carolyn Gianarelli
4158 Anitra Circle
Colorado Springs, CO  80918

      RE:   U.S. v. Clarence Gianarelli
              Case No.  14-CR-000397

Dear Carolyn Ann Gianarelli:

    Records or information concerning your transactions held by the financial institution named in the attached subpoena are being sought by the United States Attorney's Office to enforce collection of the referenced case under the Federal Debt Collections Procedures Act, 28 U.S.C. § 3001 et seq., in which the government is owed $128,477.99.  These records are relevant to determining property interests of the defendant.

    The subpoenaed records are or may be protected by the Right to Financial Privacy Act of 1978, 12 U.S.C. § 3401 et seq.  Pursuant to 12 U.S.C.A. § 3410, if you desire that such records or information not be made available, you must:

1. Fill out the accompanying motion paper and sworn statement or write one of your own, stating that you are the customer whose records are being requested by the Government and either giving the reasons you believe the records are not relevant to the legitimate law enforcement inquiry stated in this notice or any other legal basis for objecting to the release of the records.

2. File the motion and statement by mailing or delivering them to the clerk of the following United States District Court:

                  United States District Court
                      District of Colorado
                 United States Courthouse
                       901 19th Street
                      Denver, CO 80294

       You must file your motion and sworn statement within 10 days from the date of personal service or 14 days from the date of mailing of this notice, or your motion will be denied as untimely.

3. Serve the Government authority requesting the records by mailing or delivering a copy of your motion and statement to:

> Elizabeth M. Froehlke
> Assistant United States Attorney
> 1225 17th Street, 7th Floor
> Denver, CO 80202

4. Be prepared to come to Court and present your position in further detail.

5. If you are an individual, you do not need to have a lawyer, although you may wish to employ one to represent you and protect your rights.  If you are a partnership, you must have a lawyer to represent you.

If you do not follow the above procedures, upon the expiration of ten days from the date of personal service of this motion or fourteen days from the date of mailing of this notice, the records or information requested therein will be made available.  These records may be transferred to other Government authorities for legitimate law enforcement inquiries, in which event you will be notified after the transfer.

       Very truly yours,

       Elizabeth M. Froehlke
       Assistant United States Attorney

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   14-CR-000397

In Re:  CIVIL SUBPOENA DIRECTED TO

    <u>ENT Federal Credit Union</u>
     (Financial Institution)

**CUSTOMER'S MOTION TO QUASH SUBPOENA OF FINANCIAL INFORMATION**

    I, _____,
     (Type or Print Your Name)

hereby move pursuant to the Right to Financial Privacy Act, 12 U.S.C. § 3410, for an

order quashing the Government's subpoena dated _____, of
                                                         (date on subpoena)

my financial records or information

from _____.
      (financial institution)

The reasons for this motion are set forth in the attached sworn declaration.[1]

                                          Respectfully submitted,

Date: _____

                                          _____
                                          (Signature)

                                          _____
                                          (Your Address)

                                          _____
                                          (Your Telephone Number)

---

[1] Attach a declaration that explains your reasons that the Government should not receive the requested documents.