IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  14-CR-00397-MSK-01

UNITED STATES OF AMERICA,

   Plaintiff,

 v.

CLARENCE GIANARELLI,

   Defendant.

---

## MOTION TO VACATE

---

  COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Elizabeth M. Froehlke, and respectfully submits this motion on the pending motion to quash the United States' subpoenas. Because the parties have resolved outstanding issues, the United States moves to vacate the hearing on May 4, 2016.

### RELEVANT FACTS

  On February 25, 2015, Defendant Gianarelli pleaded guilty to Theft from an Employee Benefit Plan and Theft in Connection with Health Care in violation of 18 U.S.C. §§ 664 and 669. Doc. 20.  On July 27, 2015, the Court entered an amended judgment, sentencing Defendant to three years of supervised release, including one initial year of intermittent confinement.  Doc. 44. It further ordered Defendant pay a fine of $20,000.00, a special assessment of $200.00, and restitution in the amount of $108,477.99.  *Id*.  A balance of $125,977.99 remains outstanding as of March 25, 2016 on the fine and restitution ordered.

1

On February 23, 2016, the United States served a subpoena for documents on U.S. Bank seeking discovery on Defendant's financial condition.  Ex. 1. On February 24, the United States served a subpoena for documents on ENT Federal Credit Union seeking the same. Ex. 2. On March 10, 2016, Mrs. Gianarelli, a non-party, filed Motions to Quash each of the subpoenas under the Right to Financial Privacy Act, 12 U.S.C. § 3410 because she

"did not have any involvement in this case and have done nothing wrong. I am a supportive wife to Clarence Gianarelli [Defendant] and have been married to him for 53 years. I feel that my privacy rights are being violated. I was advised to seek legal counsel but have been unable to find someone willing to take this on at this time. On March 4, 2016 I requested an extension of time from the U.S. Department of Justice but have had no reply."
Doc. 52, p. 3.

In her motion, Mrs. Gianarelli indicated that she would be seeking the advice of counsel. *Id*.  On May 2, 2016, Mrs. Gianarelli contacted the U.S. Attorney's Office through phone and email.  She told the office she had spoken with an attorney and would be withdrawing her motion to quash the subpoena.  She requested that the U.S. Attorney's Office file a motion on her behalf to withdraw the motion to quash.  She then sent the U.S. Attorney's Office a copy of a signed motion to withdraw.

On May 3, 2016, the U.S. Attorney's Office conferred with Mrs. Gianarelli, and the parties agreed that the United States would file an unopposed motion to vacate the hearing set for May 4, 2016, and that Mrs. Gianarelli would mail her motion to the Court for filing.

For the reasons set forth above, the United States respectfully requests that the Court vacate the hearing set for May 4, 2016.

DATED this 3rd day of May, 2016.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

*s/Elizabeth M. Froehlke*
ELIZABETH M. FROEHLKE
Assistant U.S. Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: 303-454-0100
E-mail:  Elizabeth.Froehlke@usdoj.gov
Counsel for United States

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following email addresses:

Marth.Paluch@usdoj.gov
Criminal Assistant U.S. Attorney

I further certify that on May 3, 2016 I sent the foregoing document via US Mail to:

Clarence Gianarelli
7980 Industry Road
Colorado Springs, CO 80939

Carolyn Gianarelli
4158 Anitra Cir.
Colorado Springs, CO 80918

*s/ Elizabeth M. Froehlke*
Office of the U.S. Attorney

3