**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 9 2016

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-CR-000397-MK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CLARENCE GIANARELLI,

        Defendant.

---

MOTION TO WITHDRAW REQUEST TO QUASH SUBPOENA

---

I, Carolyn Gianarelli, hereby request the court to withdraw my request to quash the subpoenas [Doc. #52 and #53]. I further request the court vacate the hearing set on May 4, 2016, at 10:00 a.m. [Doc. #57]

DATE: May 3, 2016    Respectfully submitted,

*Carolyn Gianarelli*
Carolyn Gianarelli
4158 Anitra Circle
Colorado Springs, CO 80918

## CERTIFICATE OF MAILING

I hereby certify that on May 3, 2016, a copy of the above Motion to Withdraw Request to Quash Subpoena was mailed, postage prepaid to AUSA Elizabeth M. Froehlke, U.S. Attorney's Office, 1225 17th Street, 7th Floor, Denver, CO  80202.

*Carolyn Gianarelli*
Carolyn Gianarelli

Carolyn Gianarelli
4158 Anitra Cir.
Colorado Spgs., CO 80918-4431

DENVER CO 802
09 MAY 2016 PM 4 L

Clerk
United States District Court
District of Colorado
United States Courthouse
901 19th Street
Denver, CO 80294

8029425015 1

