PS 40 (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Services
Legal Affairs Division
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

**FROM:** United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO 80294

☑ **Original Notice**
Date: 11/03/2014
By: s/J. Fox

☐ **Notice of Disposition**
Date: _____
By: _____

| | | | |
|---|---|---|---|
| Defendant: | Clarence Gianarelli | Case Number: | 14-cr-00397-MSK |
| Date of Birth: | 11/14/1941 | Place of Birth: | Colorado, U.S.A. |
| SSN: | | | |

**Notice of Court Order** (Order Date: 10/30/2014 )

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☑ The above-named defendant surrendered passport number 305867428 and/or passport card number _____ to the custody of the U.S. District Court on 11/03/2014 .

---

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court