UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

14-cr-00397-MSK

• Sender: Please print your name, address, and ZIP+4® in this box •

United States District Court
901- 19th Street, Room A105
Denver, CO 80294-3589

JEFFREY P. COLWELL
CLERK

APR - 9 2018

UNITED STATES DISTRICT COURT
DENVER, COLORADO

FILED

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee |
| | B. Received by *(Printed Name)*   C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>P.O. Box 1227<br>Sterling, VA  20166-1227 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☑ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ Collect on Delivery |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7014 3490 0001 5489 0092 |

PS Form 3811, July 2013          Domestic Return Receipt