**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  14-CR-00397-MSK
UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLARENCE GIANARELLI,

    Defendant.

_____

ENTRY OF APPEARANCE
_____

To: The Clerk of Court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:  <u>The United States of America.</u>

    DATED at Denver, Colorado this <u> 11th </u> day of January, 2022.

    COLE FINEGAN
    United States Attorney

    <u>s/William B. Gillespie</u>
    ***William B. Gillespie***
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO 80202
    Telephone: 303-454-0100
    E-mail:  William.Gillespie@usdoj.gov
    Counsel for United States

CERTIFICATE OF MAILING

I hereby certify that on January 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following email addresses:

William.Gillespie@usdoj.gov

In addition, I hereby certify that I have mailed or faxed the document to the following non CM/ECF participants:

Address of Defendant:

Clarence Gianarelli
Address on File
Colorado Springs, CO

s/Patricia McGee-Wake
U.S. Attorney's Office