IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-CR-00397-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLARENCE GIANARELLI,

    Defendant, and

VETRA BANK, A DIVISION OF ZIONS BANCORPORATION, N.A.,

    Garnishee.

---

APPLICATION FOR WRIT OF GARNISHMENT

---

    Plaintiff, United States of America, applies to the Clerk of the United States District Court to issue a Writ of Garnishment in accordance with 28 U.S.C. § 3205(b)(1) upon the judgment entered against Defendant Clarence Gianarelli, SSN: \*\*\*-\*\*-3811, whose last known address is in Colorado Springs, CO[1] in the above cited action in the original amount of $128,677.99 ($200.00 Special Assessment, $108,477.99 Restitution, and $20,000.00 Fine).  A balance of $74,227.99 remains outstanding.

---

[1] Pursuant to Fed. R. Crim. P. 49.1, Defendant's social security number has been redacted to the last four digits and Defendant's home address has been redacted to the city and state to prevent public disclosure.  Upon request of the Court, the full social security number and address will be provided in camera.

Demand for payment of the above-stated debt was made upon the Defendant not less than 30 days from the date of this application and Defendant has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the above-named Defendant, or is in possession of property of the Defendant, and said property is a nonexempt interest of the Defendant.

The name and address of the Garnishee or his authorized agent is:

Vetra Bank, a division of Zions Bancorporation, N.A.
c/o Corporation Service Company
1900 W Littleton Blvd
Littleton, CO  80120

Date: January 11, 2022                    Respectfully submitted,

                                             COLE FINEGAN
                                             United States Attorney

By:   s/William B. Gillespie
       *William B. Gillespie*
       Assistant United States Attorney
       1801 California Street, Suite 1600
       Denver, CO 80202
       Telephone: 303-454-0100
       E-mail:  William.Gillespie@usdoj.gov
       Counsel for United States of America