UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK

MEMORANDUM

Date:       October 20, 2022
To:         Judge Raymond P. Moore
Subject:    1:14-cr-00397-RM-1 USA v. Gianarelli

Clarence Gianarelli was sentenced to pay restitution to Victor Land in the amount of $8,750.07 per the attached Amended Judgment. Currently, the victim is owed $3,668.12. Documentation to support the requested change is as follows:

- Petition to Replace Name of Restitution Payee
- Driver License
- Certificate of Death
- Marriage License
- Marriage Certificate
- Amended Judgment
- Case Inquiry Report

With your approval, restitution will be disbursed to:

Mary Land

---

ORDER REGARDING CHANGE OF
VICTIM'S RESTITUTION PAYMENT

☐ GRANTED         ☐ DENIED

Dated _____ at Denver, Colorado.

**By The Court:**

_____
Raymond P. Moore
United States District Judge